UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Valeska Schultz, et al., ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:16-cv-01762 CDP |
| ) | |
| ) | |
| Edward D. Jones & Co., L.P., et al., ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

The above-styled and numbered case was filed on November 11, 2016. At the time of filing, counsel failed to file the required Original Filing Form. Due to clerical error, counsel was not directed to file the Original Filing Form at the time the case was filed. The case was randomly assigned to the Honorable Shirley Padmore Mensah, United States Magistrate Judge. On November 29, 2016, the case was randomly reassigned pursuant to Local Rule 2.08 to the Honorable Catherine D. Perry, United States District Judge.

On December 1, 2016, counsel for plaintiffs filed the Original Filing Form. The Original Filing Form states: "**This Same Cause, or a Substantially Equivalent Complaint, Was Previously Filed In This Court As Case Number 4:16-cv-01346 RWS And Assigned To The Honorable Judge Rodney D. Sippel.**" Therefore, the case must be reassigned.

Accordingly,
**IT IS THEREFORE ORDERED** that the above-styled cause is reassigned to the Honorable Rodney W. Sippel, United States District Judge.

GREGORY J. LINHARES
CLERK OF COURT

Dated: December 1, 2016      By: /s/Michele Crayton
                                              Court Services Manager

**In all future documents filed with the Court, please use the following case number 4:16-cv-01762 RWS.**